AUG 28 2017

FILED

2017 SEP -5

US DISTRICT
BRIDGEPORT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Pradeep B Gupte

Plaintiff,

v.

Tom Woods, State of Conn, "UCONN", Mr Johnson (UCONN)
"HR-Director" H-R Dept of UCONN, Lin Lin & MCC)
Board of Regents

Defendant(s).

Case No. _____
(To be supplied by the Court)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1.  Plaintiff resides at the following location: **163 Mark Lane, #17,**
Waterbury, CT 06704

2.  Defendant(s) reside(s) at the following location [Attach additional sheets if more "UCONN"
space is required]: 1 University Place, Stamford, CT &
2131 Hillside Rd, Unit 3088, Storrs, CT 06269

3.  This action is brought pursuant to [Check all spaces that apply to the type of
claim(s) you wish to assert against the Defendant(s)]:

[X] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et
seq., for employment discrimination on the basis of race, color, religion, sex, or
national origin.  Jurisdiction is specifically conferred on this Court by 42 U.S.C. §
2000e-5(f).  Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g)
and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

[X] Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621,
et seq., for employment discrimination based upon age.  Jurisdiction is alleged
pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343.  Equitable and other relief is
sought under 29 U.S.C. §§ 626(b) and (c) or  §§ 633a(b) and (c).

My Year of Birth is: _____1955_____.

☒ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☒ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). td.

4.    The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A) ☒    Failure to hire me. I was refused a job on the following date(s): ~ about Sept 1, 16 & around 2008-2009 era (UCONN's Hartford Campus)

(B) ☐    Termination of my employment. I was terminated from my employment on the following date: _____.

(C) ☐    Failure to promote me. I was refused a promotion on the following date(s): _____.

(D) ☒    Other acts as specified below: It was an act of "retaliation" which started around 2008-2009 when "UCONN" refused to hire me (This happened because CCSU gave a bad reference about me to UCONN). It happened again around Sept 1, 16 (at UCONN's Stamford campus) when UCONN refused to hire me. I am a highly qualified person & I do have lot of good reference letters from my previous employers & students. My name is "flagged" in UCONN's Storr's campus where "H-R Dept" of UCONN is located. I am enclosing all documents I sent to CHRO; my case in CHRO is ROJ. It was a continuing act of retaliation which started around (2008-2009) and was going on until Sept 1, 16.

5.    The conduct of the Defendant(s) was discriminatory because it was based upon:

race [X], color [X], religion [X], sex [X], age [X], national origin [X] or disability [ ].  [Please

check all applicable bases for your claim of discrimination and explain further, if

necessary]: _and_ _retaliation._

6.    The facts surrounding my claim of employment discrimination are as follows

[Attach additional sheets, if necessary]:

I am enclosing all documents I sent to CHRO.
I cannot write everything here because there are too
many documents. I am a disabled person & a
letter from the doctor is attached. I have
already filed another case with "IN FORMA PAUPERIS"
in New Haven Federal Court. Judge Janet Hall has
approved my case because I don't have money. Your
clerk told me that I don't have to fill that form
again. I request that all the Judges of the Court
review my case.

7.    The approximate number of persons who are employed by the Defendant

employer I am suing is: _~200_ (approximately)

8.    The alleged discrimination occurred on or about the following date(s) or time

period: _2008-2009 & was going on until_
_Fall 2016._

9.     I filed charges with the:

☒     Equal Employment Opportunity Commission

☒     Connecticut Commission on Human Rights and Opportunities

10.    The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: ~ 7/24/17

[NOTE:  If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s).  Failure to do so may result in delaying consideration of your claim(s).]

11.    The EEOC or the CHRO determined that there was no probable cause to believe that  discrimination occurred.  My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: Nancy Brouillet's lot of state-ments are totally antagonistic to each others. UCONN is not a part of the State (It is not listed in Board of Regents, copy attached). There are lot of other documen which prove that UCONN is not a part of the State

12.    If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

13.    WHEREFORE, Plaintiff(s) pray(s) that:  The Court grant such relief as may be deemed appropriate, including [NOTE:  While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

☐     Injunctive orders (specify the type of injunctive relief sought): I don't understand this (I am not an attorney)

☒     Backpay; → (since 2008-2009)

"Judge can make the decision

4

☒  Reinstatement to my former position;

☒  Monetary damages (specify the type(s) of monetary damages sought): 1) defamation of character 2) punitive damages (3) emotional & mental suffering.

☒  Other (specify the nature of any additional relief sought, not otherwise provided for on this form): Judge or Jury can decide that (I will accept the decisions made by Jury & Judge) & "frontpay" → for another 20 yrs (apprixly) AND costs and attorneys' fees.

### JURY DEMAND

I hereby   DO ☒   DO NOT ☐  demand a trial by jury.

| Original signature of attorney (if any) | Plaintiff's Original Signature |
|---|---|
| | P Gupte |
| Printed Name and address | Printed Name and address |
| | 163 Mark Lane, #17 |
| | Waterbury, CT 06704 |
| ( ) | ( ) 203 - 571 - 7583 |
| Attorney's telephone | Plaintiff's telephone |
| | philipgupte21@gmail.com |
| Email address if available | Email address if available |

Dated: 8/23/17

5

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Waterbury   CT_ on _8/23/17_.
             (location)                       (date)

**Plaintiff's Original Signature**

(Rev. 3/23/16)

6

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. This is a case of "Retaliation (discrimination)" → "CCSU" gave a bad reference about me to "UCONN" because I filed a lawsuit against "CCSU" during 2007-2008 era. I won that case. I had one interview at UCONN'S Hartford Campus to teach a chemistry course during 2008-2009. CCSU gave a bad reference about me to UCONN. My name is flagged in UCONN'S "Storrs Campus." I had another interview at UCONN'S "Stamford" Campus during Fall 2016. I was denied the job → This cannot be a coincidence. ①

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** "Retaliation" & "unfair hiring practices by Middlesex Comm College"

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) Judge "Janet Hall" has already approved my request for "IN FORMA PAUPERIS" → in my another case in New Haven Court(I am unable to pay for fees or court costs). I spoke with one clerk & she told me that I don't have to fill that form again; everything is in your computers. People involved in my case are → ① Dr Tom Woods (Stamford Campus of UCONN) ② H-R Dept of UCONN (Storrs Campus) ③ 2 chemistry professors at "UCONN" during 2007-2008 (I don't remember their names) ④ Mr Johnson at UCONN → He was the director that time.

⊛ C. NATURE OF THE CASE
→ (from last page) →

I categorically say that this is an act of "Retaliation (discrimination)."
I was denied employment by "UCONN" twice for the same kind of job which I have been doing for a long time. I can send you my resume if you want. I am a disabled person & I am also protected by "ADA" law and "ADEA" Law also. My case is "ROJ" in CHRO/EEOC (State Commission). I was told by CHRO that I can file a complaint in court now.
You can send me all correspondence by email; it is already approved by Judge Janet Hall. My email is → "philipgupte21@gmail.com"

I am enclosing all the papers I sent to CHRO in Hartford. If you need more information, you may call me or email me my phone number is → (203)571-7583.
I will fax you more information if required.

**Claim II:** lot of my private information was leaked by the State. I think Nancy Brouillet is responsible for this. She is "Asst Attorney General."
"This is INvasion of Privacy."

**Supporting Facts:** I am enclosing all documents I sent to "CHRO" in Hartford. (I cannot write everything because there are too many documents. Please review "ALL" my documents carefully. Lot of "emails" of Nancy Brouillet are totally antagonistic to each others. I request the court that all my documents be reviewed by "all judges" of the court. Thank you for your consideration. I am filing "PRO SE."

**Claim III:** I want compensation for my lost salary → at "UCONN" since "2008-2009." I want backpay, frontpay, punitive damages, ~~Supporting Facts:~~ defamation of character, emotional & mental suffering and anything more that is OK with your laws. (I am not an attorney). The "Jury or Judge" can determine all the damages that apply to such cases. Thank you for your consideration. "CHRO" made the decision of "ROJ" on 7/24/17 but they informed me about this on ~8/17/17. That doesn't look appropriate. I think CHRO favored the "Asst Attorney General" because they are "State people" & "CHRO" is a "State Commission." CHRO is suppose to inform "both parties" at the same time.

Pradeep Gupte
COMPLAINANT

CHRO No. 1720226

vs.

EEOC No. 16A-2017-00366

University of Connecticut
RESPONDENT

## RELEASE OF JURISDICTION

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint. The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Respondent transacts business or in which the Complainant resides. If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought pursuant to this release must be served on the Commission at ROJ@ct.gov or at 450 Columbus Blvd., Suite 2, Hartford, CT 06103 at the same time all other parties are served. Electronic service is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT. § 46a-103.**

The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.

**DATE:** July 24, 2017

_Tanya A. Hughes_
Tanya A. Hughes
Executive Director

Service:
Complainant: pgupte21@gmail.com
Respondent's attorney: nancy.brouillet@ct.gov
**STATE OF CONNECTICUT**
**COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES**

Pradeep Gupte
COMPLAINANT

CHRO No. 1730355

vs.

EEOC No. 16A-2017-00489

Middlesex Community College
RESPONDENT

## RELEASE OF JURISDICTION

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint.  The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Respondent transacts business or in which the Complainant resides.  If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought pursuant to this release must be served on the Commission at ROJ@ct.gov or at 450 Columbus Blvd., Suite 2, Hartford, CT 06103 at the same time all other parties are served. Electronic service is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT. § 46a-103.**

The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.

**DATE:**  July 24, 2017

Tanya A. Hughes
Executive Director

Service:
Complainant:  pgupte21@gmail.com
Respondent's attorney:  nancy.brouillet@ct.gov

**STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES**

Pradeep Gupte
COMPLAINANT

CHRO No. 1730358

vs.

EEOC No. 16A-2017-00491

Norwalk Community College
RESPONDENT

## RELEASE OF JURISDICTION

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint. The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Respondent transacts business or in which the Complainant resides. If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought pursuant to this release must be served on the Commission at ROJ@ct.gov or at 450 Columbus Blvd., Suite 2, Hartford, CT 06103 at the same time all other parties are served. Electronic service is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT. § 46a-103.**

The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.

**DATE:** July 24, 2017

_Tanya A. Hughes_

Tanya A. Hughes
Executive Director

Service:
Complainant: pgupte21@gmail.com
Respondent's attorney: nancy.brouillet@ct.gov

Dr. Selzerr,

I am a student in the Chemistry 110 course, and I have Professor Gupte for lab. I have nothing but kind words to say about him and his class.

First, Professor Gupte is incredibly knowledgeable in Chemistry—this is evident in the way he teaches. While explaining important concepts to the class before labs, he relays the information clearly, often in more than one way to ensure that all students fully grasp the content, and with ample examples and demonstrations. He also makes sure the class understands key points before moving forward, be it to a new point or to allowing the class to begin the experiment. If students are unsure about a concept, he will give them the time and attention they need to get their questions answered, and fully understand the material. He shows a true desire to teach people, and it's incredibly refreshing to feel that energy in his class.

Second, Professor Gupte's grading policy is beyond fair. The guidelines for each assignment is clearly outlined well before the due date, so the class is well aware of what is expected of them. In addition, if there is a question regarding the grading, he will sit down with the student and explain why points were deducted, and is willing to reconsider the grade if it seems, upon a second reading, unfair. Not only does this system allow the student to get indepth feedback, but it allows them to feel as if they received the grade they earned.

Finally, Professor Gupte is both friendly, as easily approachable. I have felt comfortable enough in his class to both fully participate and ask for clarification when need be—as a result, I feel like I have learned a lot in his lab section, and I am very happy to have had him as my lab professor.

Regards,

Rebecca Norton

# NCC Professors

Horoszczak, Anna M

Mon 11/3/2014 12:03 PM

To:mbarber@ncc.commnet.edu <mbarber@ncc.commnet.edu>;

Dear Ms. Barber,

This is my first semester at Norwalk Community College, and I just wanted to inform you that I'm impressed with the professors here. I'm currently taking Chemistry 111 with Professor Pradeep Gupte, and so far it has been a pleasant and rewarding experience (my grade is a solid A). He's a very passionate teacher who wants to see his students do well. It's refreshing to see a professor's eyes light up with joy when he embarks on the arduous journey of explaining a difficult topic to his class. What a blessing indeed.

Sincerely,
Anna Maria Horoszczak

## RE: CHE 111_Pradeep Gupte

Barber, Michele R [MBarber@ncc.commnet.edu]
Sent: Thursday, April 02, 2015 9:01 AM
To:  Nath, Prasanta

Prasanta,

Thank you for your kind words. We do not often hear when one of our instructors is doing well. Do not hesitate to contact me with other well wishes or concerns!

Sincerely,
Michele Barber

Michele Barber, Ph.D.
Chair of the Science Department
Professor of Biology
Norwalk Community College
188 Richards Ave.
Norwalk, CT 06854-1655
(203) 857-7275

From: Nath, Prasanta [mailto:pnath@firstcountybank.com]
Sent: Thursday, April 02, 2015 8:26 AM
To: Barber, Michele R
Subject: CHE 111_Pradeep Gupte

Dear Dr. Barber,
I am writing this email to inform you that the Chemistry class I am taking with Prof. Pradeep Gupte is one of the best classes I've taken so far at NCC. In my midterm, I got 'A' and I managed to get full points in my lab reports and other quizzes in this class. The way professor teaches seems like he is very knowledgeable about the subject, and best thing is that he clarifies difficult concepts over and over. I believe all students in the class like this class. In the future, I will recommend other students to take class with him.

Thanks,

Prasanta Nath
First County Bank
Prospect Street Branch
117 Prospect Street
Stamford, CT 06901
pnath@firstcountybank.com

Sent via Microsoft Office Web Application (OWA)

Dear Dr.Barber,

My name is Elizabeth Ginejt I am a student at NCC. I am currently taking an english course in the same classroom I had my chemistry course last semester. This reminded me that I was planning to make an evaluation for Professor Gupte which I did not get the chance to do last semester due to my very busy schedule. Chemistry was a difficult subject I had to work hard to get an "A" which was very important for me. Passing the course with such a grade reflects Professor Gupta's ability to teach and help his students achieve their goals. He has a vast knowledge on the subject matter, and is always available for help. He truly is sensitive to the needs of his students. Thank you.

-Elizabeth Ginejt



**THE AMERICAN UNIVERSITY**
WASHINGTON, D.C.

TO WHOM IT MAY CONCERN

April 9, 1984

I became acquainted with Mr. P. B. Gupte when he
entered our department in September 1983. He has been auditing
a course entitled 'Computers in Chemistry' with me this semester
and I know that he is a very intelligent young man. He has a
very pleasant disposition and gets along exceedingly well with
his colleagues. I sincerely believe that he would be successful
in either a research or teaching position. His character is
above reproach.

Sincerely

Mary H. Aldridge
Professor of Chemistry

College of Arts and Sciences
Department of Chemistry

4/18/13

chem111

Good Quality

**Easiness**4

**Helpfulness**5

**Clarity**4

**Rater Interest**5

**Grade Received**N/A

Great teacher

Report this rating

4/18/13

1089

Good Quality

**Easiness**4

**Helpfulness**5

**Clarity**4

**Rater Interest**5

**Grade Received**N/A

I like this teacher very much. He is very nice. I have
never seen any other professor so far to attend his
class three hours earlier to help students who want
extra help. When we need extra help from other
professors, we usually have to make an appointment,
but Professor Gupte is there twice a week three hours
earlier. He loves what he does.

5/25/17
(203) 565 - 9461

Attorney Brian Festa,
This is regarding our meeting in your "CHRO" office
in Waterbury.
"UCONN" sent me resumes of few applicants who
applied for the job at Stamford campus. You may
look at those resumes carefully and compare with
my resume. You will notice that those resumes are
not even closer to my resume & experience.
One candidate had a degree in "Biophysics" which is
not at all related to this course. I have lot
more experience than other candidates (Please
look at my resume & reference letters). The
experience of other candidates is not even closer
to my experience & the job applied for. This
clearly indicates that there was some other
reason (retaliation / discrimination) in the decision
of UCONN in "Not offering me the job." This has
happened twice; first during 2008-2009 (Hartford
campus of UCONN) & 2nd time during Fall 2016
(Stamford campus) → therefore this cannot be
a coincidence. This is absolutely an act of
"Retaliation / discrimination." Please read the attached copy
Please review my letter I gave you on 5/24/17
during our meeting & please try to connect
all these points. During our next step; I will
request CHRO to have few people as subpoena
& make them talk under oath. The testimony
of few people is extremely significant in this
case. When you are ready for this → then I will
send you the names of few people.
     I SAY EVERYTHING UNDER OATH.
Best regards
     Pradeep Gupte

Pradeep Gupte

Reply all |
Sat 4/1, 11:07 AM
Good morning,
This is regarding above mentioned case against UCONN.
CCSU gave bad reference about me to UCONN during 2008-2009 when I had my first interview at UCONN's Hartford campus to teach a similar course. I remember one professor of UCONN was from Stamford campus. He mentioned that to me. I think the other chemistry professor was from Hartford campus. I am sorry I don't remember their names now. The professor from Stamford campus asked me if I know James Arena of CCSU and I said "Yes". I said that James Arena had written a good reference letter for me. I looked in my file but I couldnot find that letter. I told them that I will fax that letter to them and I did fax that letter to them. I am 100% positive that the professor who was from Stamford campus called James Arena and asked him about this and James Arena told him that I had filed a lawsuit against CCSU during that time. That is why UCONN didnot hire me during 2008 or 2009. I remember UCONN made some kind of DRAMA and called me and told me that the Director wants to meet me. I think his name was Mr Williams and he was an African-American person. I don't think this second interview was necessary. I went to that campus to meet Mr Williams and showed him the letter written by James Arena. UCONN's all paperwork goes thru' Storr's campus. **My name is flagged in UCONN's Storr's campus**. I am positive, the professor who was from UCONN's Stamford campus called the HR-Dept of Storr's campus and told them to flag my name.....> **"DONOT HIRE THIS PERSON ON ANY CAMPUS"**.  THIS IS THE ABSOLUTE TRUTH.
For the same reason I was not hired at UCONN's Stamford campus during Fall 2016. As you can notice from my resume; I am a highly qualified person for this kind of job. I have been teaching same kind of course (or may be slightly different) for many years (more than 10 yrs). **I request CHRO to Subpoena few people and make them talk under oath.** This will throw more light on this whole case. I urge CHRO to subpoena Dr Jane McBride Gates who is now the PROVOST of all Conn State Colleges and Universities. She approved my 2 ACS conferences last year when she was the Vice-president of WCSU in Danbury, CT.  Her testimony is extremely significant in this case because I was selected out of lot of candidates who applied for the conference. She probably knows me more than any other person in the whole state school system. Dr Gates overrides all chairs and Deans of all schools in our state. I have been doing chemistry all my life (since 1972). I studied at #1 school in India. It is known as MIT of India. You may ask any Indian (person from India) in this country. I have 2 letters from Dr Gates and I can fax you those letters if you want. I also request CHRO to subpoena Dr James Arena of CCSU and ask him if he had written a good reference letter for me or not? You may also subpoena Dr Woods of UCONN who interviewed me at the Stamford campus during Fall '16 to teach similar course. He told me that I **was as good as "hired"** and gave me his own chemistry book from which I will be teaching that course. He also said that all the paperwork has to go thru' Storr's campus.
You may also arrange a committee of "**Yale chemistry Professors**" to evaluate me confidentially and ask them about my knowledge. Yale has "**Nobel Laureates**" in their chemistry department. They are the "Best of the Best" in chemistry.
**I SAY EVERYTHING UNDER OATH.**
Sincerely,
Pradeep Gupte

# CERTIFICATE OF APPRECIATION

This certificate is hereby presented to

## Pradeep Gupte

In recognition of Outstanding Participation in

## Science Fair

at **Norwalk Community College**

on this 25th day of April 2014

Presented by the **2014 Science Fair Committee**

April 15, 2016

To Whom This May Concern:

I am writing this reference letter at the request of Mr. Pradeep Gupte who has been an adjunct in the Chemistry Department at Western Connecticut State University for two semesters.  Dr. Gupte is a pleasant, friendly individual and seems to have a diverse background in chemistry, based on discussions we have had regarding his past positions in the chemical field.  He has taught our "Everyday Chemistry" lab (a course for non-science majors), and a General Chemistry I Lab, each for one semester and seems reliable and responsible.  He recently took the initiative to apply for, and received funding from university's AAUP resources to attend the 2016 ACS meeting in San Diego, CA.  I have not observed his labs other than in passing through during waste pickups, but he seems to be adhering to our safety and waste handling practices.

In short, based on my personal interactions with Mr. Gupte, I feel that he would be a viable candidate for an adjunct position as a laboratory instructor in introductory chemistry courses at your institution.

Yours truly,

Richard P. Molinelli, Ph. D.
Chemistry Technical Specialist
Western Connecticut State University
Danbury, CT 06810

Ph: (203) 837-8321



Community-Technical
C O L L E G E   January 25, 1999

*Woodland Campus*

*61 Woodland Street
Hartford, CT 06105-2354
TEL (860) 520-7800
FAX (860) 520-7906*

To Whom It May Concern:

I am pleased to write this recommendation letter for Pradip Gupte who, I understand, is a candidate for a faculty position in your department.

Pradip was an adjunct faculty in Chemistry at this college during Fall 1997. His responsibilities included teaching Analytical Chemistry (lecture and lab). This course is required in the Chemical Technology program, the graduates of which mostly go to work in chemical and related industries. Pradip's experience in industry, therefore, was a valuable asset.

Pradip had an excellent relationship with the students, who valued his advice and guidance. I certainly enjoyed having Pradip as a member of our department. Pradip is a warm and friendly person who was receptive to new ideas, suggestions and criticism. He worked cooperatively with his colleagues and the members of college staff and was always willing to assume additional responsibilities such as ordering equipment supplies, and maintaining the equipment.

I recommend him for a faculty position and would be glad to provide additional information.

Sincerely,

Rama K. Chaturvedi, Ph.D.
Chair, Science and Mathematics

*Flatbush Campus
401 Flatbush Avenue
Hartford, CT 06106-3798
FAX (860) 987-4806*

*A Member of the Connecticut
Community-Technical College
System*

5/14/17

Pradeep B Gupte

163 Mark Ln, #17

Waterbury, CT 06704

(203)565-9461


Attorney  Brian  Festa

CHRO/EEOC

55 W Main St

Waterbury, CT 06702

RE: My cases against "State of Connecticut(Board of Regents)"  and "UCONN"

Dear Sir:

I am not an attorney and I may not be able to write or talk like an attorney.  I want to give this letter to you  in the beginning of the mediation  because as the defendant(respondent) mentioned, lot of cases overlap each others and  you  also told me that  I can tell you everything at the time of mediation. The word "defendant" or "respondent" means same according to the dictionary.

The defendant's attorney has tried to acquire lot of my private information which is not related to above cases in CHRO.  The defendant has called the federal court and the court in Waterbury to get private information about me.  I think this is "**INVASION OF PRIVACY."**  If my cases in federal court were frivolous  cases ,then **the judge would have dismissed those cases long time ago**.  But the judge did not dismiss  those cases.  **THAT MEANS MY CASES ARE REAL CASES.** I think what the defendant is trying to do is to depict a distorted picture of me that I am trying to file lawsuits against every agency or employer in our country which is not true.   My case about SSA is not at all related to CHRO cases. **IT IS COMPLETELY IRRELEVANT.  I don't think federal government is related to  "State of Connecticut" for this kind of matter**.  I don't remember exactly what I signed during my settlement against CCSU during 2007-2008.   **I mean whatever my attorney told me to do that time ...........> I did that.**

**I am a disabled person( letter from the doctor is attached).** The money I get from SSA is not enough to support myself ; that is why I have to do some parttime job.  I don't care what kind of job I have to do and **SSA always encourages people like me** to do some parttime job  to help them to  build self-esteem.  I have a brochure from SSA( copy enclosed) or you may call SSA and ask them about this.  All the jobs in state colleges were to teach only one course.  If it was to teach 3 or 4 courses; then it would have been a different scenario.  **I did work for Macy's corpn last year during OCT, NOV and DEC for about  $11/hr (copy attached).**

This is a small state and lot of people know each others especially in Chemistry. How did professor of UCONN know James Arena of CCSU? By the way James Arena had written a good reference letter for me. UCONN is not listed in "Board of Regents." I am enclosing a copy of the schools which are listed in "Board of Regents" for your perusal.

I think I am protected by "ADA Rehabilitation Act" and " ADEA Law" also in addition to other discrimination criteria. If the defendant's attorney think that my case against CCSU during 2007-2008 was a frivolous case; then why did they settle that case that time….? If discrimination was not involved in that case; then they should not have given me a penny. They knew that if that case goes to "Jury Trial", then they will have to pay me lot more money. THIS IS THE ABSOLUTE TRUTH. Teaching is my only happiness and they deprived me of that( I mean we all need money to pay the bills). The attorney of CCSU and Nancy Brouillet both knew that I am a disabled person because my attorney had given my disability letter to the federal court in Bridgeport. Please look at the date and addressee on that letter. My case against CCSU was filed in federal court in Bridgeport. I am still disabled and I have another letter from another doctor( copy attached). One attorney told me that all adjunct faculty people are being abused by all schools in our state. In one college, the Dean told me that she has about 195 adjuncts. And why do they hire so many adjunct faculty people? Because if they hire full-time faculty; then they have to pay them all benefits such as medical, dental, vacation pay etc.

UCONN lawsuit was filed before MCC or NCC lawsuit was filed; that means Nancy Brouillet knows everything about my UCONN lawsuit. If UCONN was a part of state school system; then the defendant should have included UCONN also in the same number given to MCC and NCC together. But she gave a totally different number to UCONN-lawsuit(copy attached). She gave  -1514042 for both NCC and MCC lawsuits(together) but she gave a totally different number to UCONN case….--1618050.

Please look at the email of Nancy Brouillet dated Apr 6, 17(3:02pm)………she has written…………"fortunately not all the lawsuits are against the State of Connecticut"(copy of the email is attached). Please look at the email of the respondent dated May 8, 17(9.22am)……..she has written……> "Mr Gupte, my emails to you are not sarcastic."……….that means either "MCC" or "NCC" is not a part of the state; which is contradictory to the colleges listed in "Board of Regents"……copy is attached. Please look at the defendant's email of Apr 21, 17………."UCONN" is not listed here. If these emails of Attorney General's office are "TRUE" ; then UCONN is not a part of "State of Connecticut". It is also substantiated by the 17 colleges listed in "Board of Regents". UCONN is not listed in "Board of Regents". In her another email dated Apr 27, 17 the defendant has written that "UCONN" is a part of the State ( copy attached). I think all of the above statements( emails) are totally antagonistic to each others.

The Dean of NCC once approved my ACS conference in Ithaca, New York during 2013--- 2014…….> that explains something.

When I was teaching at NCC; the president of NCC invited one of my students for a special dinner. They do this every year for students who excel in their academic careers. The Dean of the school gave me that letter to give it to that student……….> THAT MEANS SOMETHING.

Nancy Brouillet has written that I cannot use state account for this kind of matter and she sent me few emails on my state account.........**that means the defendant is not following the laws.** After her first email to me, I always sent her emails on my "gmail" account. Someone from CHRO or the defendant had written that I should give one "non-state" account and I did that. I sent the defendant my home address also in case she wants to send me the letters by regular mail. **I think CHRO-attorney will agree with me.** Google had some problems; it was in the news also. Regarding the emails......suppose someone sends me an email on one account and I reply to that email on another email account; then that doesn't look appropriate either or that doesn't look cohesive either.

**Teaching is my only happiness. When I notice that the students understand the intricate scientific concepts, that makes me happy and helps me to reduce my depression significantly.**

I remember at the meeting in "Bridgeport-CHRO" during 2007-2008 era, CCSU invited everyone in their chemistry department as witnesses except Dr James Arena. In fact they should have invited Dr Arena as a witness because he was my "Lab-supervisor" that time and his testimony would have been more significant that time. I already mentioned you that he had written a good reference letter for me. Unfortunately I lost that letter when I moved from one apartment to another. I had many more reference letters which I lost during that time. I was not at all involved with some professors of CCSU who were invited by the defendant as witnesses during that hearing. CCSU tried to hide the name of James Arena during that time and they did same thing during this case also. **You may subpoena James Arena of CCSU and make him talk under oath if this is true or not?** The defendant knew that the testimony of James Arena will bring them in trouble **that is why they tried to hide his name.** This shows the sleazy behavior of the defendant during 2007-2008 era and in the present case also. By the way, Nancy Brouillet was also present in that meeting in Bridgeport during 2007-2008 era. **Timothy Shine who was the chairman of CCSU that time ....(2004-2005).... lyed to CHRO that James Arena did not write the reference letter for me. James Arena did write one good reference letter for me. I SAY EVERYTHING UNDER OATH.**

**Regarding "UCONN" and "CCSU"; there is certainly an act of retaliation which started around 2008-2009 and was going on until Fall 2016 when I made my second attempt for a job to teach same kind of course.**

I remember, in one school's response to CHRO and me; the defendant has mentioned that one chemistry professor had seen my resume in another school. **I think this is INVASION OF PRIVACY.** I request CHRO/EEOC to subpoena few professors and students. **I request CHRO for one witness to be Dr Jane McBride Gates who now is the PROVOST and Vice-President of all Conn state colleges and Universities. She overrides all the chairs, the Deans and the Presidents of all state schools in our state.** She approved my 2 ACS conferences last year( one was in San Diego and another one was in Kentucky).........copies are attached. You may also subpoena **James Arena of CCSU and Kieran Curley of NCC.** They both used to work with me.

I remember, UCONN's attorney sent me a list of candidates who applied for that teaching job. You may look at the resumes of those candidates. **Those applications are not even closer to my experience and**

**education and the job applied for.** I have been teaching the same course for a long time (more than 9-10 yrs). I also worked as a chemist/manager in different labs for a long time(resume attached). I do have lot of reference letters, both from my former employers and students( copies are attached).

I had sent a separate letter(rebuttal) regarding my UCONN case to CHRO long time ago( copy attached).

I think, there is lot of "Invasion of Privacy" in all these cases. Suppose a medical doctor gives the private information about the patient to a "third-party", then that doctor can go to jail for 25 yrs.

I had sent a separate letter(rebuttal) regarding my MCC case to CHRO.

**Therefore there are several reasons to validate the fact that UCONN is not a part of State of Connecticut. They are as follows:**

**1)The email of Nancy Brouillet dated Apr 6, 17  2)List of Colleges included in "Board of Regents" 3)Nancy Brouillet has given one number for both NCC and MCC (together)  but she has given a totally different number for my UCONN-case.**

Originally all 3 mediations were arranged at 3 different times on May 24, 17 by CHRO. Nancy Brouillet(respondent) changed that to 9.30am (all 3 mediations together) in order to establish the fact that UCONN also is a part of "State of Connecticut". This shows the conniving behavior of the respondent.

If you carefully look at all the points above; then the whole thing looks like some kind of conspiracy.

Once I was watching one "Judge-show" on TV and the Judge said to one person......"If a person says one lie; then all his/her talk could be lies."

**I SAY EVERYTHING UNDER OATH.**

Sincerely,

Pradeep B Gupte

NOTARY

Jessica Patricia Guaman
*NOTARY PUBLIC*
My Commission Expires 10/31/2019

# RE: Pradeep Gupte v. Norwalk Community College and Pradeep Gupte v. Middlesex Community College [CTAG-CTAG.FID1514042]

**BN**   Brouillet, Nancy <Nancy.Brouillet@ct.gov>                    Reply all |
          Thu 4/6, 3:03 PM
          Festa, Brian <Brian.Festa@ct.gov>; +5 more

You forwarded this message on 5/9/2017 10:24 AM

Fortunately, not all the lawsuits are against the State of Connecticut.

} → "UCONN" lawsuit was filed before MCC or NCC lawsuits were filed → that means she knows everything about my "UCONN" lawsuit. That means "UCONN" is not a part of the state. That means my case against "UCONN" is a valid case

Nancy A. Brouillet
Assistant Attorney General
Employment Rights Department
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
(860) 808-5340 Telephone
(860) 808-5383 Facsimile
Nancy.Brouillet@ct.gov

**From:** Festa, Brian
**Sent:** Thursday, April 06, 2017 3:53 PM
**To:** Brouillet, Nancy; Wilkerson Brillant, Donna M; guptep@wcsu.edu
**Cc:** Daniels, Gregory F (GDaniels@commnet.edu); Mota, Susan; Wilkerson Brillant, Donna M
**Subject:** RE: Pradeep Gupte v. Norwalk Community College and Pradeep Gupte v. Middlesex Community College [CTAG-CTAG.FID1514042]

Thank you.  The mediations for these cases are rescheduled to **Wednesday, 5/24/17 at 9:30 a.m. and 11:30 a.m. in Waterbury.**

I am not aware of the other lawsuits, but in any event I am required to move forward with the mediations of these cases.  That being said, the parties are certainly welcome to approach these mediations as global settlement discussions.

**Brian D. Festa**
Human Rights Attorney I
Connecticut Commission on Human Rights and Opportunities
450 Columbus Boulevard, Suite 2
Hartford, CT 06103
(860) 541-3422

From: **Brouillet, Nancy** <Nancy.Brouillet@ct.gov>
Date: Tue, May 23, 2017 at 9:18 AM
To: Pradeep Gupte <pgupte21@gmail.com>
Cc: "Festa, Brian" <Brian.Festa@ct.gov>, "Bannister, Kelly" <kelly.bannister@uconn.edu>,
"Daniels, Gregory F (GDaniels@commnet.edu)" <GDaniels@commnet.edu>, "LaCombe,
Vanessa" <Vanessa.Lacombe@ct.gov>



Mr. Gupte if you wish to provide a demand, please send it to me directly.

As I have said repeatedly, neither CSUS nor UConn intend to offer you any future employment or any money to settle your claims. We are attending this mediation only because it is required that we do so.

Nancy A. Brouillet

Assistant Attorney General

Employment Rights Department

55 Elm Street

P.O. Box 120

Hartford, CT 06141-0120

(860) 808-5340 Telephone

(860) 808-5383 Facsimile

Nancy.Brouillet@ct.gov

*That means UCONN is not a part of CSUS (or Board of Regents)*

*(In her every email, she wrote "UCONN" separate than "CSUS" or Board of Regents) Please look at her every email.*

*I think both the statements are totally contradictory to each others*

*⊛ If Nancy Brouillet thinks that Board of Regents (State of Conn) is not guilty; then why should she ask me for a "DEMAND"?*

Good morning,

Please find my appearances in these two pending matters that have been scheduled for mandatory mediation on April 19th. My appearances are in addition to the appearance of Board of Regents' counsel Gregory Daniels.

I am unable to attend the scheduled mediation in April and am seeking a postponement for a date in later May due to my hearing schedule and vacations.

Additionally, please note that Mr. Gupte is using a state email address to communicate, so while I have used that, state law prohibits use of state computers, and all equipment, for personal use including prosecuting a claim against the state. So I am requesting that Mr. Gupte provide the CHRO and the Respondent with a personal email address or an address where he may receive mail.

Once I receive contact information from Mr. Gupte, I can propose the three alternative dates for the mediation.

Nancy A. Brouillet
Assistant Attorney General
Employment Rights Department
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
(860) 808-5340 Telephone
(860) 808-5383 Facsimile
Nancy.Brouillet@ct.gov

Getting too much email from Brouillet, Nancy <Nancy.Brouillet@ct.gov>? You can unsubscribe

*[Handwritten note: "I gave her my google account & home address also."]*

*[Handwritten note: "She sent me few emails on my state account → that means the defendant is not following the Laws."]*

**Response: Respondent lacks sufficient information to either admit or deny Complainant's allegations in this paragraph and leaves Complainant to his proof.**

11.  I studied at #1 school in India. It is known as "M.I.T. of India." You may ask any Indian in this country.

**Response: Respondent lacks sufficient information to either admit or deny Complainant's allegations in this paragraph and leaves Complainant to his proof.**

12.  Another very important point is that all 3 people who interviewed me were not chemistry people. Ms. Lin Lin told me that unfortunately there was no chemistry professor that day in the school. If they didn't have a chemistry professor, how can they arrange the interview? How can they evaluate me if they don't understand chemistry? A person has to know something about that subject before he/she can understand what other person (who is an expert in the field) is talking. From their faces, I could realize that they didn't understand anything. I think, 2 people out of those 3 were just technicians. I am a highly qualified person for this job. I also told them that I will do some extra work if they want (clean the lab, make solutions for experiment, arrange the equipment for experiment etc). I told them that they don't have to pay me extra money for that. I told them that I am very flexible and can teach any day of the week and any time of the day.

*[handwritten annotations:]* "You may subpoena Dr Gupta of CNN." → "you may ask Dr Sanjay Gupta" of CNN news channel" → to confirm this. There cannot be any "Indian origin person" → better than "Dr Gupta"

*[handwritten in left margin:]* plese read this

CHRO Case No. 1730358
Pradeep B. Gupte v. Norwalk Community College
Page 4

> **Response:  Respondent lacks sufficient information to either admit or deny Complainant's allegations in this paragraph and leaves Complainant to his proof.**

13.  Maybe some of those people didn't like my accent (National origin, Asian/Indian).  All 3 people were women.  Maybe some of those people don't like "male" professors.  Maybe some of those didn't' like my "National origin."  It could be any one of those you mentioned on the 1st page; I have marked those properly.  Maybe CCSU or Norwalk Comm College gave bad references about me to them!

> **Response:  Respondent denies that Norwalk Community College provided Middlesex Community College with any references on behalf of Complainant. Respondent lacks sufficient information to either admit or deny the remaining allegations in this paragraph and leaves Complainant to his proof.**

14.  I am enclosing a letter by Dr Jane McBride Gates who was vice-president of West Conn State University. I think she is now the Provost of all Conn. State Colleges & Universities. She approved my 2 ACS conferences this year.  One was in San Diego, California & another was in Kentucky. You may subpoenas her & ask her about my credentials (emphasis added).

> **Response:  Respondent admits with clarification that Dr. Jane M. Gates was the Provost and Vice President for Academic Affairs at Western Connecticut State University and currently is the Connecticut State Colleges and Universities' Provost and Senior Vice President of Academic and Student Affairs.  As for the remaining allegations contained in this paragraph, Respondent is without sufficient information to either admit or deny Complainant's allegations and leaves Complainant to his proof.**

15.  I am not an attorney and I may not be able to write in a perfect legal language.  I urge the Commission (CHRO) and EEOC to subpoena the witnesses I have given you and make them talk under oath.

> **Response:  Respondent is without sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and thus Respondent denies the same.**

16.  I believe that the respondent violated the following statutes and acts listed below as amended, enforced through CONN. GEN. STAT. § 46a-58(a):

Conn. Gen. Stat. §§ 46a-60(a)(1), 46a-60(a)(4), 46a-60(a)(5), 46a-70, Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e-2, Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634, Americans with Disabilities Act, 42 U.S.C. § 12101 et seq., and unfair hiring practices.

*[Handwritten annotations:]*

*I am enclosing the letters written by Dr Gat[es]*

*please "review" the letters written by "Dr Gates." I request you to have "Dr Gates" as one witness → There cannot be a better witness than Dr Gates*

CHRO Case No. 1730358
Pradeep B. Gupte v. Norwalk Community College
Page 5

**Response:** To the extent that the allegations contained in this paragraph attempt to allege that Respondent violated any federal or state statutes including statutes pertaining to unfair hiring practices, Respondent denies the same.

*[handwritten: wrong]*

**EXHIBIT ♪**
CHRO Case No. 1730356

**Pych, Anastasia**

| | |
|---|---|
| **From:** | Lin, Lin |
| **Sent:** | Monday, August 08, 2016 11:43 AM |
| **To:** | Pych, Anastasia |
| **Cc:** | Minkler, Steven L; Riedinger, Betty A; Kraczkowski, Michelle L |
| **Subject:** | RE: Pradeep Gupta |

Hi Anastasia, *[handwritten: It should be → "Gupte"]*

I just came back from my vacation. I will bring a copy (or original) of my note and the questions we asked him to our DD meeting this afternoon. I know that both Betty and Michelle kept their notes as well. Betty is out for vacation. I hope that Betty and Michelle can send their notes to you soon (if they haven't done so already).

We didn't give any written instructions. I talked to him about the interview time and the interview teaching demo through phone.

*[handwritten: → Why she didnot give me written instructins? What she has written could be a lie. everythi has to be in "writing."]*

Thanks,
Lin

**From:** Pych, Anastasia
**Sent:** Wednesday, August 03, 2016 10:36 AM
**To:** Riedinger, Betty A <BRiedinger@mxcc.commnet.edu>; Lin, Lin <LLin@mxcc.commnet.edu>; Kraczkowski, Michelle L <MKraczkowski@mxcc.commnet.edu>
**Cc:** Minkler, Steven L <SMinkler@mxcc.commnet.edu>
**Subject:** Pradeep Gupta *[handwritten: → Gupte]*

Good Morning,

Pradeep Gupta sent an email to Anna, and cc'd Senator Blumenthal about his interview.  In preparation for a response, could you forward me your notes from his interview, the questions asked, and any written instructions you gave him?

Thanks,
Anastasia

Anastasia Pych
Director of Human Resources/Labor Relations
Middlesex Community College
100 Training Hill Rd.
Middletown, CT 06457
860-343-5751 (ph)
860-343-5870 (fax)

*[handwritten: ✓ If a person says one lie → then all his/her talk could be lies. People from this school have no credibility.]*

EXHIBIT D
CHRO Case No. 1730356

*chemistry*

8. If you were to teach a section of a multi-section biology course, what ideas do you have in maintaining consistency among sections?

Talk to others teaching the same course.
Ask about the same final exam.?
4 exams drop one -

9. If you were hired to teach a class at MxCC, what do you think that would involve?

10. What is your career goal and how does teaching part-time at MxCC fit in with that goal?

11. We offer classes during day and night. What is your availability?

— Any time —

12. Is there anything else about yourself that you feel we should know?

Availability — Comes to class 2 hours ahead of time —

13. Do you have questions for us?

(please note
this → very Important

I used to go 3 hrs earlier than my class
at NCC; a letter from one student is enclosed.

# U.S. ENVIRONMENTAL PROTECTION AGENCY

This certifies that

PRADEEP GUPTE

has completed the

## HAZARDOUS MATERIALS INCIDENT RESPONSE OPERATIONS (165.5)

Training Course
2.1 Continuing Education Units
Edison, New Jersey
January 8 - 12, 1990

Presented by the

# OFFICE OF EMERGENCY AND REMEDIAL RESPONSE

_Course Director_

_Training Coordinator,_
_Environmental_
_Response Branch_

Pradeep Gupte

Junk |    Sweep    Move to    Categories                    Undo

## Fwd: my CHRO cases, subpoena

PG    Pradeep Gupte <philipgupte21@gmail.(

Reply all |

Today, 9:09 AM
Pradeep Gupte

---------- Forwarded message ----------
From: **Pradeep Gupte** <philipgupte21@gmail.com>
Date: Mon, Jun 19, 2017 at 11:43 PM
Subject: Fwd: my CHRO cases, subpoena
To: "Festa, Brian" <Brian.Festa@ct.gov>

---------- Forwarded message ----------
From: **Pradeep Gupte** <philipgupte21@gmail.com>
Date: Mon, Jun 19, 2017 at 11:42 PM
Subject: Fwd: my CHRO cases, subpoena
To: Cheryl.Sharp@ct.gov

---------- Forwarded message ----------
From: **Pradeep Gupte** <philipgupte21@gmail.com>
Date: Mon, Jun 19, 2017 at 11:41 PM
Subject: my CHRO cases, subpoena
To: charles.krich@ct.gov

Attorney Charles Krich,

I request the COMMISSION  to subpoena few
professors regarding all my cases.  They are as
follows:  1) Dr Jane McBride Gates who now is  the
PROVOST  and vice-president  of all  state colleges
and Universities in our state(She was vice-president of
WCSU)  2) Dr James Arena of CCSU who was my
lab-supervisor when I worked at CCSU.    3) Dr Kieran
Curley of NCC  who used to work with me and used
to teach same course like me.
The testimony of all these people is extremely
significant in all my cases. You may ask these people
about my knowledge and integrity.    Thank you for
your consideration.

Best regards,
Pradeep Gupte

CC: Chery Sharp
CC: Brian Festa

6/26/2017

Pradeep Gupte

ive   Junk |   Sweep   Move to   Categories                 Undo

## Fwd: my CHRO cases

PG   Pradeep Gupte <philipgupte21@gmail.c

Reply all |

Today, 9:05 AM
Pradeep Gupte

---------- Forwarded message ----------
From: **Pradeep Gupte** <philipgupte21@gmail.com>
Date: Mon, Jun 26, 2017 at 7:37 AM
Subject: Fwd: my CHRO cases
To: Cheryl.Sharp@ct.gov

Cheryl Sharp,

Please have a look at the attached email. Thank you
for your consideration.

Best regards,
Pradeep Gupte

---------- Forwarded message ----------
From: **Pradeep Gupte** <philipgupte21@gmail.com>
Date: Sat, Jun 17, 2017 at 12:18 PM
Subject: Fwd: my CHRO cases
To: charles.krich@ct.gov

---------- Forwarded message ----------
From: **Pradeep Gupte** <philipgupte21@gmail.com>
Date: Sat, Jun 17, 2017 at 12:16 PM
Subject: my CHRO cases
To: "Festa, Brian" <Brian.Festa@ct.gov>

Attorney Brian Festa,

Please look at Nancy Brouillet's email dated Apr 6, 17
(11.20am)............she has written.........."please note Mr
Gupte is using a state email address  to communicate
and state law prohibits  using state email account for
prosecuting a claim."   She has added........" I should
give a personal email address  or an address where I
may receive mail."   I gave her and CHRO also  my
google account  and "home address" also  in case
she wants to send me mail  by regular mail.
Nancy Brouillet has sent me few emails on my   "State
account".........> that means the defendant  is not
following the Laws.
Thank you.

Pradeep Gupte

CC: Attorney  Charles Krich (CHRO)

Pradeep Gupte

chive   Junk|   Sweep   Move to   Categories                    Undo

meeting

PG   **Pradeep Gupte**                              Reply all |
     Tue 5/23, 8:44 AM
     Pradeep Gupte

You forwarded this message on 5/23/2017 8:50 AM

Action Items

Mr. Gupte if you wish to provide a demand, please send it
to me directly.

As I have said repeatedly, neither CSUS nor UConn intend
to offer you any future employment or any money to settle
your claims.   We are attending this mediation only
because it is required that we do so.

Nancy A. Brouillet
Assistant Attorney General
Employment Rights Department
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
(860) 808-5340 Telephone
(860) 808-5383 Facsimile
Nancy.Brouillet@ct.gov

*I think both her statements are totally antagonistic to each others.*

*"Please review these statements carefully."*



*(handwritten)* WCSU account — State email

Fwd: Corrected appearance in Gupte v. UConn [CTAG-CTAG.l



PG  Pradeep Gupte <pgupte21@gmail.com>
Today, 5:27 AM
Pradeep Gupte ⌄

You forwarded this message on 5/6/2017 6:09 AM

📄 Gupte, Pradeep v. UCon... ⌄
   13 KB

Download   Save to OneDrive - Western Connecticut State University

---------- Forwarded message ----------
From: Pradeep Gupte <pgupte21@gmail.com>
Date: Sat, May 6, 2017 at 6:21 AM
Subject: Fwd: Corrected appearance in Gupte v. UConn [CTAG-CTAG.FID1618050]
To: guptep@wcsu.edu

*(handwritten)* → Why did respondent send me email on State Account? for this, kind of matter?

---------- Forwarded message ----------
From: Brouillet, Nancy <Nancy.Brouillet@ct.gov>
Date: Wed, May 3, 2017 at 9:30 AM
Subject: Corrected appearance in Gupte v. UConn [CTAG-CTAG.FID1618050]
To: "Festa, Brian" <Brian.Festa@ct.gov>, "'Pradeep Gupte' (pgupte21@gmail.com)" <
Cc: "LaCombe, Vanessa" <Vanessa.Lacombe@ct.gov>

*(handwritten)* Please look at Respondent's email dated Apr 6, 17.

Attached is the corrected appearance.

Choose add-ons   📄 Time



"WCSU" account → State account

WESTERN CONNECTICUT STATE UNIVERSITY

Pradeep Gupte

Archive   Junk   Sweep   Move to   Categories   ...   Undo

Fwd: my case against UCONN on May 24, 17 - Gupte v. UConn

PG   Pradeep Gupte <pgupte21@gmail.com>
Today, 5:44 AM
Pradeep Gupte

Reply all

You forwarded this message on 5/6/2017 6:08 AM

--------- Forwarded message ---------
From: Brouillet, Nancy <Nancy.Brouillet@ct.gov>
Date: Thu, May 4, 2017 at 12:45 PM
Subject: Re: my case against UCONN on May 24, 17 - Gupte v. UConn
To: Pradeep Gupte <pgupte21@gmail.com>
Cc: "Festa, Brian" <Brian.Festa@ct.gov>, "LaCombe, Vanessa" <Vanessa.Lacombe@ct.gov>

?Thank you.  Since I have been sending you everything via email, you are receiving it electronically.  I will correct our records.

Nancy A. Brouillet
Assistant Attorney General
Employment Rights Department
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06106

Phone: 860.808.5340
Fax:   860.808.5383

why did the respondent send me email on State account? (Please look at respondents' email dated Apr 6,17)

Choose add-ons   Time Remaining: 103:44   End Session

W Document1 - Microsoft ...   11:29 AM

I had given my correct mailing address to the "Respondent."(home address)



WCSU account

WESTERN CONNECTICUT STATE UNIVERSITY

Pradeep Gupte

Archive    Junk ∨    Sweep    Move to ∨    Categories ∨    •••    ⤺ Undo

Hartford, CT 06103
(860) 541-3422

Settings    ✕

Search all settings

From: Brouillet, Nancy
Sent: Thursday, April 6, 2017 11:20 AM
To: Wilkerson Brillant, Donna M <Donna.WilkersonBrillant@ct.gov>;
guptep@wcsu.edu; Festa, Brian <Brian.Festa@ct.gov>
Cc: Daniels, Gregory F (GDaniels@commnet.edu) <GDaniels@commnet.edu>
Subject: Pradeep Gupte v. Norwalk Community College and Pradeep Gupte v.
Middlesex Community College [CTAG-CTAG.FID1514042]

Good morning,    → why didn't she include "UCONN" here?

Please find my appearances in these two pending matters that have been
scheduled for mandatory mediation on April 19th.  My appearances are in
addition to the appearance of Board of Regents' counsel Gregory Daniels.

I am unable to attend the scheduled mediation in April and am seeking a
postponement for a date in later May due to my hearing schedule and
vacations.

Additionally, please note that Mr. Gupte is using a state email address to
communicate, so while I have used that, state law prohibits use of state
computers, and all equipment, for personal use including prosecuting a claim
against the state. So I am requesting that Mr. Gupte provide the CHRO and the
Respondent with a personal email address or an address where he may receive
mail.

Once I receive contact information from Mr. Gupte, I can propose the three
alternative dates for the mediation.

Nancy A. Brouillet
Assistant Attorney General
Employment Rights Department
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
(860) 808-5340 Telephone

Automatic replies
Create an automatic reply (Out of office)
message.

Display settings
Choose how your inbox should be organized

Offline settings
Use this computer when you're not connected
to a network.

Manage integrations
Connect Outlook to your favorite apps and
services.

Theme
☐ Default theme

Notifications
On

Your app settings
Office 365
Mail
Calendar
People

"I gave her"
my "google Acct & regular
mailing address also

Choose add-ons    Time Remaining: 84:56    End Session

Medi...  Computer    Document1 - Microso...  Document2 - Microso...    11:5

→ { 163 Mark Ln, #17
→   Waterbury, CT 06704 }

"UCONN" lawsuit was filed before MCC/NCC
lawsuits. That means she knows about "UCONN" ca[se]

Colleges & Universities

*These are all 17 colleges in "Board of Regents". "UCONN" is not listed in these colleges. This is reinforced by defendants email of April 6,17.*

# Campuses

| Campus ⌄ | Type ⇅ | Contact ⇅ | Map ⇅ |
|---|---|---|---|
| Asnuntuck Community College<br>*170 Elm Street, Enfield, CT* | 2 Year | www.asnuntuck.edu<br>*860-253-3000* | View on map |
| Capital Community College<br>*950 Main Street, Hartford CT* | 2 Year | www.capitalcc.edu<br>*800-894-6126* | View on map |
| Central Connecticut State University<br>*1615 Stanley Street, New Britain, CT* | 4 Year | www.ccsu.edu<br>*860-832-2278* | View on map |
| Charter Oak State College<br>*55 Paul J. Manafort Drive New Britain, CT* | Online | www.charteroak.edu<br>*860-515-3800* | View on map |
| Eastern Connecticut State University<br>*83 Windham Street, Willimantic, CT* | 4 Year | www.easternct.edu<br>*860-465-5000* | View on map |
| Gateway Community College<br>*20 Church Street, New Haven, CT* | 2 Year | www.gatewayct.edu<br>*203-285-2000* | View on map |
| Housatonic Community College<br>*900 Lafayette Blvd., Bridgeport, CT* | 2 Year | www.housatonic.edu<br>*203-332-5000* | View on map |
| Manchester Community College<br>*Great Path, Manchester CT* | 2 Year | www.manchestercc.edu<br>*860-512-3000* | View on map |

| Campus ⯆ | Type ⇕ | Contact ⇕ | Map ⇕ |
|---|---|---|---|
| Middlesex Community College<br>*100 Training Hill Road, Middletown CT* | 2 Year | www.mxcc.edu<br>*860-343-5800* | View on map |
| Naugatuck Valley Community College<br>*750 Chase Parkway, Waterbury, CT* | 2 Year | www.nv.edu<br>*203-575-8040* | View on map |
| Northwestern CT Community College<br>*Park Place East, Winsted, CT* | 2 Year | www.nwcc.edu<br>*860-738-6300* | View on map |
| Norwalk Community College<br>*188 Richards Ave, Norwalk, CT* | 2 Year | www.norwalk.edu<br>*203-857-7000* | View on map |
| Quinebaug Valley Community College<br>*742 Upper Maple Street, Danielson, CT* | 2 Year | www.qvcc.edu<br>*860-412-7200* | View on map |
| Southern Connecticut State University<br>*501 Crescent Street, New Haven, CT* | 4 Year | www.southernct.edu<br>*203-392-5200* | View on map |
| Three Rivers Community College<br>*574 New London Turnpike, Norwich, CT* | 2 Year | www.threerivers.edu<br>*860-215-9000* | View on map |
| Tunxis Community College<br>*271 Scott Swamp Road, Farmington, CT* | 2 Year | www.tunxis.edu<br>*860-773-1300* | View on map |
| Western Connecticut State University<br>*181 White Street, Danbury, CT* | | www.wcsu.edu<br>*877-837-9278* | View on map |

*[Handwritten: "UCONN" mediation was also arranged at the same time on "May 24, 17"]*

*[Handwritten, circled: Imp]*

Fwd: May 24th Mediations in Claims against the Board of *[handwritten: this # for UCONN.]*
Regents' colleges [CTAG-CTAG.FID1514042] → *[handwritten: Look at ↑ UCONN]*

*[Handwritten: This shows → UCONN is not part of "Board of Regents." It is also established by the colleges listed in "Board of Regents" Copy is attached.]*

Pradeep Gupte <pgupte21@gmail.com>

Sat 4/22/2017 11:26 AM

To:Pradeep Gupte <guptep@wcsu.edu>;

1 attachments (260 KB)

Gupte v. CCSU-Fully executed Settlement Agreement.PDF;

---------- Forwarded message ----------
From: Brouillet, Nancy <Nancy.Brouillet@ct.gov>
Date: Friday, April 21, 2017
Subject: May 24th Mediations in Claims against the Board of Regents' colleges [CTAG-CTAG.FID1514042]
To: "Festa, Brian" <Brian.Festa@ct.gov>, "Pradeep Gupte" (pgupte21@gmail.com)" <pgupte21@gmail.com>
Cc: "Daniels, Gregory F (GDaniels@commnet.edu)" <GDaniels@commnet.edu>, "LaCombe, Vanessa"
<Vanessa.Lacombe@ct.gov>

Good morning;

*[Handwritten: Howcome she didnot include "UCONN" here? That means my case against UCONN is a "Valid case"]*

Please be advised that after consultation with the Board of Regents, nothing will be offered to Mr. Gupte at the May 24th
mediations – no money and no position. Mr. Gupte had a prior lawsuit in federal court wherein he was represented by counsel.
As part of that lawsuit's settlement, Mr. Gupte agreed to never seek employment again with the State. I attach that settlement
agreement.

Thus, Mr. Gupte was not eligible or qualified to be hired by any state agency. Accordingly, he does not have a viable claim.

Because Mr. Gupte is in breach of the settlement contract, the Board of Regents may seek to enforce its terms in the court, or in
the alternative, to have a court order reimbursement of the settlement funds to the Board of Regents.

Further, since August Mr. Gupte has also filed claims seeking monetary damages against the U.S. Watertown Board of Education
and individual employees there, Waterbury Board of Education (in both state and federal courts) claiming unfair treatment. So,
his own statements to the various courts are admissions that others – not the Board of Regents or its employees – have caused his
damages.

*[Handwritten: Howcome she didnot include "UCONN" here? → That means my case against "UCONN" is a "Valid case"]*

*[Handwritten: 4/22/2017]*

*Please look at Nancy Brouillet's email of May 8, 17 (9:22 am)*

**From:** Brouillet, Nancy <Nancy.Brouillet@ct.gov>
**Sent:** Thursday, April 6, 2017 3:02:52 PM
**To:** Festa, Brian; Wilkerson Brillant, Donna M; Pradeep Gupte
**Cc:** Daniels, Gregory F (GDaniels@commnet.edu); Mota, Susan; Wilkerson Brillant, Donna M
**Subject:** RE: Pradeep Gupte v. Norwalk Community College and Pradeep Gupte v. Middlesex Community College [CTAG-CTAG.FID1514042]

*That means one of these 2 colleges is not part of the State*

Fortunately, not all the lawsuits are against the State of Connecticut.

*This means "UCONN" is not a part of "State of Connecticut." It is also substantiated by the colleges listed in "Board of Regents"*

Employment Rights Department

55 Elm Street

P.O. Box 120

Hartford, CT 06141-0120

(860) 808-5340 Telephone

(860) 808-5383 Facsimile

Nancy.Brouillet@ct.gov

*(copy attached)*

*Please look at defendants' email dated Apr 6, 17 "UCONN" is not listed here. "UCONN-lawsuit" was filed before "MCC" or "NCC" lawsuits were filed.*

*I THINK ALL ABOVE STATEMENTS ARE TOTALLY "ANTAGONISTIC" TO EACH OTHERS.*

# Fwd: my mediation - Gupte CHRO claims [CTAG-CTAG.FID1514042]

PG    **Pradeep Gupte** <philipgupte21@gmail.com>                    Reply all |
       Today, 10:44 AM
       Pradeep Gupte

Inbox

*[handwritten annotations]: Why did the respondent give same # for both "NCC" & MCC Lawsuits? She gave a totally different number to "UCONN - Lawsuit." That means "UCONN" is not a part of the State*

---------- Forwarded message ----------
From: Brouillet, Nancy <Nancy.Brouillet@ct.gov>
Date: Mon, May 8, 2017 at 9:22 AM
Subject: RE: my mediation - Gupte CHRO claims [CTAG-CTAG.FID1514042]
To: Pradeep Gupte <pgupte21@gmail.com>
Cc: "Festa, Brian" <Brian.Festa@ct.gov>, "Daniels, Gregory F (GDaniels@commnet.edu)"
<GDaniels@commnet.edu>, "LaCombe, Vanessa" <Vanessa.Lacombe@ct.gov>

Mr. Gupte, my emails to you are not sarcastic. I am simply pointing out that the Respondents will not
voluntarily pay you anything, and that they intend to claim that you were not eligible for employment by
the state. If you have not heard, the state now has a hiring freeze, so there are also no employment
opportunities.

*[handwritten annotation]: This is not at all relevant to my Lawsuit*

The Respondents' position will not change at the mediation and Attorney Festa – and no one at the CHRO
or EEOC – can force the Respondents to settle with you again.

I want to make it crystal clear that we are only attending this mediation only because it is mandatory-
even though there is no chance of settlement.

Nancy A. Brouillet

Assistant Attorney General

Employment Rights Department

*[handwritten annotation]: If "UCONN" was a part of the state → then she should not have written "Respondents" She rather should have written "RESPONDENT"*

applicant seeking employment as a
, I provide the Personnel Office with written references and recommendation

APPLICANT: _____ Gupte _____ Pradeep ____ B. ___

(Last Name)          (First Name)          (Middle)

| Each Item | Superior | Good | Average | Fair | Poor | No Basis For Judgment | Additional Comments |
|---|---|---|---|---|---|---|---|
| Interpersonal Relations | ✓ | | | | | | |
| Motivation & Ambition | ✓ | | | | | | |
| Education & Training | | ✓ | | | | | |
| Tact/Self Control | ✓ | | | | | | |
| Punctuality | ✓ | | | | | | |
| Regular Attendance | ✓ | | | | | | |
| Cooperation/ Enthusiasm | ✓ | | | | | | |
| Confidentiality | | ✓ | | | | | |
| Complete Duties Assigned | ✓ | | | | | | |
| Leadership Potential | | ✓ | | | | | |
| Ability to Plan & Organize | ✓ | | | | | | |

Comments: ___ Mr. Gupte has been teaching for us for one semester. Th___
Qualities that Mr. Gupte has displayed make him extremely suitable
for a faculty position in an institution of higher learning

Recommend this applicant:   Highly ___✓___          With Reservations _____

                            Favorably _____       Not At All _____

Rama K. Chitnis   10/23/97          61 Woodland St. Hartford, CT ___
Signature          Date              Address
Chair Science & Math Dept.          Capital Community-Technical Col
Occupation/Title                    Organization/Company
                                    (860) 520-7836
                                    Phone Number



*American Chemical Society*
ACS SHORT COURSES

This will certify that

PRADEEP B. GUPTE

has completed the ACS Short Course in

GAS CHROMATOGRAPHY

and has earned 1.2 Continuing Education Units.

*Harold A. Walsh*
Head, Department of Continuing Education

---

*American Chemical Society*
ACS SHORT COURSES

This will certify that

PRADEEP B. GUPTE

has completed the ACS Short Course in

GAS CHROMATOGRAPHY/MASS SPECTROMETRY

and has earned 1.2 Continuing Education Units.

*Harold A. Walsh*
Head, Department of Continuing Education

---

*American Chemical Society*
ACS SHORT COURSES

This will certify that

PRADEEP B. GUPTE

has completed the ACS Short Course in

LABORATORY INFORMATION MANAGEMENT SYSTEMS: FROM
PROBLEM DEFINITION TO SYSTEM EVALUATION

and has earned 1.2 Continuing Education Units.

*Harold A. Walsh*
Head, Department of Continuing Education



WESTERN
CONNECTICUT
STATE UNIVERSITY

PROVOST/VICE PRESIDENT FOR ACADEMIC AFFAIRS

TO:     Dr. Pradeep Gupte
        Chemistry Department

FROM:   Dr. Jane McBride Gates
        Provost and Vice President for Academic Affairs

DATE:   February 26, 2016

RE:     Faculty Development Funds

---

The Faculty Development and Recognition Committee has approved your application, and I concur, for $745.70 to attend the American Chemical Society Conference in San Diego, California from March 13 - 16, 2016.

Upon receipt of this letter, you will need to prepare and process a travel authorization in order to encumber these funds to prevent losing the funds due to the failure of filing a travel authorization. Your department secretary will assist you with the proper procedures and forms to encumber and receive these funds.

*If a travel authorization has already been processed for partial funding of this activity from another source, a new travel authorization form needs to be completed. Also, please check the "revised" box in the upper right-hand corner on this new form, and add the faculty development award amount.*

Forms should be signed by you as applicant and then sent to your department chair for signature. It should then be signed by your Dean, Dr. Missy Alexander and then forwarded to the Provost's office. Note on the form(s) "Faculty Development Fund", and attach a copy of this letter as well.

Thank you and congratulations.

**Part-Time** Faculty Development Account Org 2403 **(FY 2015-16)**

cc:     Dr. Missy Alexander, Dean
        Dr. Russell Selzer, Department Chair
        Dr. Jessica Eckstein, FDR Committee, Chair
        Mr. Peter Rosa, Controller, Fiscal Affairs
        Ms. Kim Spinelli, Administrative Assistant, Administrative Services

# CSU TRAVEL AUTHORIZATION
CSUFRS – 30 (Revised: 1/15)

**Western Connecticut State University**
**181 White Street**
**Danbury CT 06810**

1. Use this form to obtain prior approval for all out of state travel and in-state trips involving any non-mileage expense greater than $50.00 per trip.
2. Type and get authorized signature(s) then forward it with substantiating documentation to the Office of Administrative Services. If Int'l travel forward a copy to Office of Int'l Services.
3. If personal car will be used; a current copy of the car insurance policy must be on file.

(1) T.A. No. 18445

(2) ☒ Original   ☐ Revised

(3) Requested Date: 1/5/16

| (4)Employee Name: Pradeep Gupte | (5)Home Phone: 203-768-3764 | (6)Banner ID: 50213289 |
|---|---|---|
| (7)Title: Adjunct Professor-Chemistry | (8)Work Phone: 203-837-8440 | (9)Employee .# |

(10) OFFICIAL DUTY STATION: 181 White Street, Danbury CT 06810   E-Mail Address: guptep@wcsu.edu

(11)Collective Bargaining Unit: ☒ AAUP   ☐ MGMT   ☐ SUOAF-AFSCME   ☐ Other

| ITINERARY | | DEPART | | RETURN | | CARRIER INFO |
|---|---|---|---|---|---|---|
| (12)Home/Duty Station | (13) TravelTo | (14) Date | Hour | (15)Date | Hour | (16)Flight/Rail/Bus |
| Waterbury, CT | Covington, KY | 5/18/16 | 5:00 AM | 5/21/16 | 2:00 PM | |

(17) **Object and Necessity of Travel** (Attach substantiating documents)
To attend the American Chemical Society Meeting (CERM).  Meeting involves seminars, exhibits & new i inventions in scientific world, which will help me to transfer new ideas in teaching.

3 Breakfasts included in room cost.

$669.00

(18) **TYPE OF TRANSPORTATION**

| Air | ☐ Central Reservations | ☐ Outside Agency | ☒ Personally Owned Car | Car Policy Exp. Date |
|---|---|---|---|---|
| Rail | ☐ Central Reservations | ☐ Outside Agency | ☐ State Owned Car | |
| | ☒ **Parking Permit Bradley Airport Only** 2509 | | Names of Riders: | |

(19)Reg. Prepaid by Agency: ☐ Yes   (20)Vendor's FEIN # **(MANDATORY)**

(21)Travel Advance Requested: ☒ Yes   (22)Amount Requested: $600.00  910

**Total Cost (Itemize)** Note: Rates for meals and lodging should not exceed those provided for in standard Travel Regulations and in Collective Bargaining Agreements.

| | | | | |
|---|---|---|---|---|
| (23) Airfare/Rail | 346.20  374.70 | (29) Lodging | 172.02  243.00 | |
| (24) Registration | 85.00 | (30) Conference Hotel | | |
| (25) Rental Car | — | (31) Hotel Tax | | |
| (26) Taxi/Limo | 57.60 | (32) Meals (Per Diem Rate) $54 | 153.00 | |
| (27) Parking/Toll | — | (33) Personal Mileage 53.70 Miles @ 57.5 cents .54 | 30.88  29.00 | |
| (28) Other (Specify)- | | TOTAL COST | 757.72 | |

| (34)Banner Org | (35)Account | (36)Amount | Auth. Signature | Banner Org | Account | Amount | Auth. Signature |
|---|---|---|---|---|---|---|---|
| 240001 | 732105 | $750.00only | | | | | |

(37) **AUTHORIZED SIGNATURES**

| | | Date: |
|---|---|---|
| Employee Signature | P B gupte | 2/11/1 |
| Approved By: (Supervisor) | | Date: |
| Approved By: (Dean/Dir) | Missy Clouard | Date: 2/16/16 |
| Authorized by (President/VP) | Daniel Miles | Date: 22.22.1 |



# World Education Services, Inc.

P.O. Box 745  •  Old Chelsea Station  •  New York, N.Y. 10011

Date: October 2, 1987

Ref.: 50445/BWS

## Report of Evaluation of Educational Credentials

Name: GUPTE, Pradeep B.

Country: India

Purpose of Evaluation: Multi-Purpose

1. Secondary School Certificate, 1972. The certificate represents secondary education but is not alone equivalent to a high school diploma in the United States. It represents the equivalent of the completion of the 11th grade in the United States.

2. First Year Science Examination Certificate, 1973, awarded by the University of Bombay. It represents the equivalent of high school graduation in the United States.

3. Enrollment, 1973-1976 at the University of Bombay following a three-year program in science. It represents the equivalent of three years of university study in science at an accredited institution in the United States.

4. Master of Science, 1979, awarded by the University of Bombay, following a two-year program in inorganic chemistry. In conjunction with previous education (see # 3 above), the first year of the two-year program represents the equivalent of a bachelor's degree in chemistry from an accredited institution in the United States. The second year represents the completion of 24 semester credits of graduate study in inorganic chemistry in the United States.

5. The courses completed are converted to U. S. semester credits and grades on the attached sheets.

6. This is an evaluation of educational credentials from India in terms of American equivalents. The number of credits accepted for transfer to a degree program in the United States may vary from those listed in this report, in accordance with the policies of the educational institution.

7. In summary, it is the judgment of World Education Services that Pradeep B. GUPTE has the equivalent of a bachelor's degree in inorganic chemistry and one year (24 semester credits) of graduate study in inorganic chemistry from an accredited institution in the United States.

World Education Services

BWS:aew/25
enclosure



World Education Services, Inc.
P.O. Box 745
Old Chelsea Station
New York, New York 10011

# COURSE-BY-COURSE EVALUATION REPORT

Applicant's Name ___GUPTE, Pradeep B._____   Reference Number ___50445/BWS___

| Institution(s) Attended | Country | Year(s) of Attendance |
|---|---|---|
| Univeristy of Bombay | India | 1975-1979 |

| DATES - SUBJECTS | U.S. Sem. Credit Hrs | U.S. Grades |
|---|---|---|
| 1973-76 (Undergraduate) | | |
| Biology with Laboratory | 11 | B |
| Physics - Heat, Wave, Sound, Optics, Modern Physics, Electro Magnetism | 18.5 | A |
| Physics Laboratory | 8 | B+ |
| Chemistry - Organic, Inorganic, Applied and Physical | 30 | B+ |
| Chemistry Laboratory | 13 | A |
| English as a Second Language | 5 | C+ |
| Modern Indian Language (unspecified) | 5 | B |
| 1976-77 | | |
| Inorganic Chemistry, Atomic Structure, Atomic Spectra, Chemical Bonding, Principles of Instrumental Analysis, Separation Techniques, Molecular Structure | 15 | A |
| Inorganic Laboratory | 15 | A |
| 1978-79 (Graduate) | | |
| Inorganic Chemistry and Nuclear and Radio Chemistry | 12 | A |
| Chemistry Laboratory | 12 | A |
| ************************************************************************************* | | |

Total ___120.5___ sem/cr hours of undergraduate study
Total ___24___ sem/cr hours of graduate study

REMARKS:

Evaluator _____   Date ___October 2, 1987___   Page ___1___ of ___1___



No.Cert/ 6747 of 1978.

<u>SPECIAL CERTIFICATE</u>

I certify that Shri Pradeep Balkrishna Gupte passed the Master of Science (M.Sc.) Degree Examination under Scheme 'A' held by this University in May, 1978, in the First Class.

His Branch of study was Inorganic Chemistry with Nuclear and Radio Chemistry as his optional paper at the said examination.

The total number of candidates who appeared with Inorganic Chemistry as their branch of study with Scheme 'A' External and Scheme 'B' Internal/ External Assessment taken together at the said examination was 108. Out of them 90 candidates were successful. Shri Gupte stood FIRST among them.

Bombay,
15th September,1978.

UNIVERSITY REGISTRAR.

# BEHAVIORAL HEALTH CARE SERVICES
*affiliated behavioral health and substance abuse treatment*



**Saint Mary's**
**HOSPITAL**

June 13, 2007

United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

**RE: PRADEEP GUPTE DOB 12/12/1955**

To Whom It May Concern:

This is to inform you that the above-named individual is treated here at this agency. His diagnosis is 296.34: Major Depressive Disorder, Recurrent, with Psychotic Features. He is disabled due to this diagnosis.  This disability determination occurred prior to his seeking treatment here.

Sincerely,

*Lori Sills, APRN*
Lori Sills, APRN

LS/bkc

The confidentiality of this record is required under Chapter 899 of the Connecticut General Statutes. This material shall not be transmitted to anyone without written consent or other authorization as provided in the aforementioned statutes.

56 Franklin Street
Waterbury, Connecticut 06706
203-709-6201

*An Affiliated Hospital of Yale University School of Medicine*



MCCA Inc.
228 Meadow Street, 2nd Floor
Waterbury, CT 06702

Tel: 203-597-0643
Fax: 203-597-0834
www.mccaonline.com

*Help and Hope*
*Overcoming*
*Addictions*

Tuesday, October 25, 2016
To whom it may concern:

Pradeep Gupte (ss# 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), is still disabled and under my care. He is on several medications for his Mental Health conditions (Bi-Polar disorder, depression, and Anxiety) which include; Perpehanzine, Catapress, Klonopin, Depakote.

*Gloria A Nardella, APRN 10/25/2016*

Gloria Nardella, APRN

MCCA 228 Meadow Street

Waterbury, CT

203-597-0834

Judge
U S District Court
Bridgeport, CT

Nancy Brouillet has written (all documents are enclosed) many times that I cannot work for the State or The "State" will not hire me. The "State" is sending me all these "emails" as if I am their employee. Please look at all the emails attached to this letter. I think Nancy Brouillet's "all statements" are totally antagonistic to these emails sent by "CSCU". Please review all the documents very carefully ⟶ I think they are contradictory to each others. I received these emails only couple of days ago. Thank you.

P Gupta

Past Due Course for CSCU Employee Training Center

C

CSCUinfo@firstnetlerning.com

Reply all |
Yesterday, 3:32 AM
...
...

Inbox

Inbox
You forwarded this message on 8/30/2017 7:04 AM
Course status for Pradeep Gupte:

Workplace Violence Prevention (CN05) course status: NOT ATTEMPTED.

Hello  Pradeep Gupte,

Course due date reminder:
Workplace Violence Prevention ( CN05) was due to be completed on 1/1/1900.

This is a reminder that the  Workplace Violence Prevention for Connecticut training course through
the CSCU Employee Training Center is past due and needs to be completed as soon as possible. To
complete the course, click on the link below and enter your user name and password.

To access the assigned training:

1. **Log in** to your online training center: http://firstnetcampus.com/CSCU

2. Enter your User name and Password.

        Your username is:  CS_626621

Once you have completed the course you may print a certificate of training for your records.

If you have any trouble logging into the Employee Training Center, or if you have any questions
regarding the training courses or policies to review, please let me know.

Thanks,

**Fred Cratty**

Past Due Course for CSCU Employee Training Center

CSCUinfo@firstnetlerning.com

Pradeep Gupte

Course status for Pradeep Gupte:

Sexual Harassment Prevention for Supervisors (EM25) course status: NOT ATTEMPTED.

Hello  Pradeep Gupte,

Course due date reminder:

Sexual Harassment Prevention for Supervisors ( EM25) was due to be completed on 1/1/1900.

This is a reminder that the  Sexual Harassment Prevention for Supervisors for Connecticut training course through the CSCU Employee Training Center is past due and needs to be completed as soon as possible. To complete the course, click on the link below and enter your user name and password.

To access the assigned training:

1. Log in to your online training center: http://firstnetcampus.com/CSCU

2. Enter your User name and Password.

        Your username is:  CS_626621

Once you have completed the course you may print a certificate of training for your records.

If you have any trouble logging into the Employee Training Center, or if you have any questions regarding the training courses or policies to review, please let me know.

Thanks,

Fred Cratty

Chief Human Resources Officer

Western Connecticut State University

181 White Street


Danbury, CT 06810

CSCUinfo@firstnetlerning.com

Pradeep Gupte

You forwarded this message on 8/30/2017 7:05 AM

Course status for Pradeep Gupte:

Ethics 101 - Connecticut Office of State Ethics e-Learning (CN00) course status: NOT ATTEMPTED.

Hello  Pradeep Gupte,

Course due date reminder:

Ethics 101 - Connecticut Office of State Ethics e-Learning ( CN00) was due to be completed on 1/1/1900.

This is a reminder that the  Ethics 101 - Connecticut Office of State Ethics e-Learning for Connecticut training course through the CSCU Employee Training Center is past due and needs to be completed as soon as possible. To complete the course, click on the link below and enter your user name and password.

To access the assigned training:

1. Log in to your online training center: http://firstnetcampus.com/CSCU

2. Enter your User name and Password.

    Your username is:  CS_626621

Once you have completed the course you may print a certificate of training for your records.

If you have any trouble logging into the Employee Training Center, or if you have any questions regarding the training courses or policies to review, please let me know.

Thanks,

Fred Cratty

Chief Human Resources Officer

Yesterday, 3:31 AM

Pradeep Gupte

Course status for Pradeep Gupte:

FERPA for Higher Education (SS03) course status: NOT ATTEMPTED.

Hello  Pradeep Gupte,

Course due date reminder:

FERPA for Higher Education ( SS03) was due to be completed on 1/1/1900.

This is a reminder that the  FERPA for Higher Education for Connecticut training course through the CSCU Employee Training Center is past due and needs to be completed as soon as possible. To complete the course, click on the link below and enter your user name and password.

To acce

ss the assigned training:

1. Log in to your online training center: http://firstnetcampus.com/CSCU

2. Enter your User name and Password.

    Your username is:  CS_626621

e you have completed the course you may print a certificate of training for your records.

If you have any trouble logging into the Employee Training Center, or if you have any questions regarding the training courses or policies to review, please let me know.

Thanks,

Fred Cratty

Chief Human Resources Officer

**Albert Cheh**                                     Feb 16 at 10:53 PM

To Pradeep Gupte,

Hello Pradeep,

It is true that as you go across the first transition row towards d-10 (Zn(II)) the +2 ions tend to get larger, so you would expect Co(II) to be slightly larger than Fe(II). However the ionic radius is strongly influenced by the number and identity of the ligands. Have a look at this site http://abulafia.mt.ic.ac.uk/shannon/ptable.php and compare Fe(II), 6-coordinate (octahedral), high spin vs. Co(II), also 6-coordinate, high spin. Octahedral is the configuration for the metal ions in heme and corrin, with 4 of the ligands being the tetrapyrrole nitrogens. Note that the Co(II) radius is 0.745 Angstroms while Fe(II) is 0.78 A. With the removal of one of the pyrrole-pyrrole bridges, the corrin ring space is smaller.

Tryptophan is the precursor to serotonin, but the endorphins are polypeptides which don't have much tryptophan in them (trp is relatively rare in peptides and proteins).

All the faculty you mention have passed away, except Fred Carson, who retired nearly 7 years ago. Dr. Girard is still around from that era and is serving as Chem chair.

Good luck to you in teaching; it's nice to know that you are passing on to another generation of students what we taught you.

Albert M. Cheh
Professor and Chair of Environmental Science
304 Beeghly Building
American University
Washington DC 20016 USA
202 885-1772

From:     Pradeep Gupte <p.gupte@yahoo.com>
To:      Albert Cheh <acheh@american.edu>,
Date:    02/16/2014 08:55 AM
Subject:   Re: Biochemistry

PBgupta
163 Mark lane
Unit 17
Waterbury
CT 06704

UNITED STATES
POSTAL SERVICE®

1029

06604

U.S. POSTAGE
PAID
WATERBURY, CT
06705
SEP 01, 17
AMOUNT
**$3.93**
R2304M111622-02

COMPLETED

FIRST CLASS

Office of the Clerk
U.S. District Court
915 Lafayette Blvd
Bridgeport, CT 06604

**USPS TRACKING NUMBER**